FILED

2016 DEC -7 PM 3: 27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SEALED
UNSEALED PER ORDER OF COURT
ON 12/14/16 KCM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>ROBERTO RUBIO,<br><br>              Defendant. | Case No. '16 CR 2856 JAH<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 1038(a)(1) - False Information and Hoaxes |

The grand jury charges:

On or about September 24, 2016, within the Southern District of California, defendant ROBERTO RUBIO intentionally conveyed false and misleading information, to wit, defendant ROBERTO RUBIO wrote "9-24-16 400 BOMB" on the interior wall onboard USS Cowpens, docked at Naval Base San Diego, under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute violations of Title 18, Chapters 40 and 113B, to wit: destruction of United States property by means of an explosive in violation of Title 18, United States Code, Section 844(f)(1), and use and threatened use of a

MIP:nlv:San Diego:12/6/16

weapon of mass destruction against United States property in violation of Title 18, United States Code, Section 2332a(a)(3); all in violation of Title 18, United States Code, Section 1038(a)(1).

   DATED: December 7, 2016.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
MICHELLE M. PETTIT
Assistant U.S. Attorney